UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GSL HOLDINGS, LLC,

    Plaintiff,

v.                                      Case No. 21-11664
                                        Honorable Victoria A. Roberts

THE CHARTER
TOWNSHIP OF LYON,
et al.,

    Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF No. 57]

On November 28, 2022, Defendants filed a motion for sanctions [ECF No. 57], arguing that Plaintiff did not reasonably investigate the legal contentions of this case before filing suit. Defendants say that Plaintiff operated in bad faith by filing a frivolous lawsuit.

The Court is not persuaded. Plaintiff's suit is not frivolous; it presented reasonable legal arguments. Though the Court granted Defendants' motion for summary judgment on some of Plaintiff's legal claims, each claim had merit. The merits of GSL's claims are further evidenced by the fact that two of its claims survived summary judgment. *See* Order Granting Defendants'

1

Motion for Summary Judgment in Part and Denying in Part, filed January 9, 2023 [ECF No. 64].

Defendants' motion for sanctions is **DENIED**.

**IT IS ORDERED.**

s/ Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: January 9, 2023