UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GSL HOLDINGS, LLC,

    Plaintiff,

v.

                                      Case No. 21-cv-11664
                                      Hon. Matthew F. Leitman

THE CHARTER TOWNSHIP
OF LYON, *et al.*,

    Defendants.

_____/

**<u>ORDER (1) TERMINATING MOTIONS IN LIMINE (ECF Nos. 74, 75)
WITHOUT PREJUDICE AND (2) SETTING BRIEFING SCHEDULE FOR
FILING OF OMNIBUS MOTION IN LIMINE</u>**

On April 20, 2023, while this action was assigned to the predecessor judge, Defendant Lyon Township filed two motions in limine to bar Plaintiff GSL Holdings, LLC from offering certain evidence and testimony related to damages. (*See* Motions, ECF Nos. 74, 75.)  The Court held a status conference with counsel for all parties on January 11, 2024, to discuss those motions.  During the status conference, counsel explained to the Court that prior rulings by the predecessor judge may have impacted and mooted, in part, the motions in limine.  Counsel therefore agreed with the Court that the most efficient path forward was to terminate the pending motions in limine without prejudice and for Lyon Township to re-file a

1

single, omnibus motion in limine raising whatever issues Lyon Township believed were still live and needed to be decided by the Court.

Accordingly, for the reasons discussed with counsel during the status conference, Lyon Township's currently-pending motions in limine (ECF Nos. 74, 75) are **TERMINATED WITHOUT PREJUDICE**.  Lyon Township shall file a single, omnibus motion in limine by no later than **February 16, 2024**.  GSL Holdings shall file a response to the motion in limine by no later than **March 8, 2024**.  Lyon Township shall file a reply by no later than **March 22, 2024**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 11, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126