UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GSL HOLDINGS, LLC,

    Plaintiff,

v.

THE CHARTER TOWNSHIP
OF LYON, *et al.*,

    Defendants.

Case No. 21-cv-11664
Hon. Matthew F. Leitman

_____/

# ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR JUDGMENT (ECF No. 97)

On June 20, 2024, the Court held a hearing on Defendant Lyon Township's motion for judgment. (*See* Mot., ECF No. 97.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**. The Court will schedule a bench trial on Plaintiff GSL Holdings, LLC's claim under Michigan's Freedom of Information Act in Count IV of GSL's Amended Complaint.

    **IT IS SO ORDERED**.

Dated: June 20, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 20, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1