UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GSL HOLDINGS, LLC,

    Plaintiff,

v.

THE CHARTER TOWNSHIP
OF LYON, *et al.*,

    Defendants.

Case No. 21-cv-11664
Hon. Matthew F. Leitman

_____/

**ORDER (1) GRANTING DEFENDANT LYON TOWNSHIP'S MOTION IN LIMINE TO STRIKE PROPOSED EXPERT, KEVIN A. KERNEN (ECF No. 121), (2) GRANTING IN PART AND TERMINATING AS MOOT IN PART DEFENDANT LYON TOWNSHIP'S MOTION IN LIMINE PRECLUDING PLAINTIFF FROM OFFERING EVIDENCE OF ECONOMIC DAMAGES AND EXPERT TESTIMONY AT TRIAL (ECF No. 104), (3) TERMINATING AS MOOT DEFENDANT LYON TOWNSHIP'S MOTION TO STRIKE PROPOSED EXPERT, MICHAEL CLIFFORD (ECF No. 119), AND (4) TAKING UNDER ADVISEMENT DEFENDANT LYON TOWNSHIP'S MOTION IN LIMINE TO STRIKE CHARLES GINSTER (ECF No. 120)**

On August 27, 2024, the Court held a hearing on pending motions in limine. For the reasons stated on the record, **IT IS HEREBY ORDERED** as follows:

    1.    Defendant Lyon Township's Motion in Limine to Strike Proposed Expert, Kevin A. Kernen (ECF No. 121) is **GRANTED**.

    2.    Defendant Lyon Township's Motion in Limine Precluding Plaintiff from Offering Evidence of Economic Damages and Expert Testimony at Trial (ECF

No. 104) is **GRANTED IN PART** as follows.  Plaintiff shall not offer into evidence or mention before the jury any of the evidence identified in ECF No. 104, PageID.3619 in the paragraph beginning "Here."  The motion is **TERMINATED AS MOOT IN PART** to the extent that it sought exclusion of expert testimony since that issue has been addressed in rulings on other motions.

3.  Defendant Lyon Township's Motion in Limine to Strike Proposed Expert, Michael Clifford (ECF No. 119) is **TERMINATED AS MOOT** in light of the Court ruling on ECF No. 121 above and the statement by Plaintiff's counsel that Mr. Clifford was intended to serve only as a substitute expert to offer testimony in the event of Mr. Kernen's disability.

4.  Defendant Lyon Township's Motion in Limine to Strike Charles Ginster (ECF No. 120) is **TAKEN UNDER ADVISEMENT**.  The parties will gather additional evidence concerning when Plaintiff first identified Mr. Ginster as a potential witness and will present that evidence to the Court on the morning that trial begins.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  August 27, 2024

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 27, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
