UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GSL HOLDINGS, LLC,

    Plaintiff,

v.

THE CHARTER TOWNSHIP
OF LYON, *et al.*,

    Defendants.

Case No. 21-cv-11664
Hon. Matthew F. Leitman

_____/

## ORDER TERMINATING WITHOUT PREJUDICE DEFENDANT LYON TOWNSHIP'S MOTION IN LIMINE TO STRIKE CHARLES GINSTER (ECF No. 120)

Currently pending before the Court is Defendant Lyon Township's motion to strike the testimony of Charles Ginster. (*See* Mot., ECF No. 120.)  On October 31, 2024, the parties informed the Court that they have settled their dispute.  Based on the parties' settlement, the Court will **TERMINATE** Lyon Township's motion **WITHOUT PREJUDICE**.  Lyon Township may re-file the motion, if necessary, if the parties are unable to finalize their settlement.

    **IT IS SO ORDERED.**

                s/Matthew F. Leitman
                MATTHEW F. LEITMAN
                UNITED STATES DISTRICT JUDGE

Dated:  November 7, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 7, 2024, by electronic means and/or ordinary mail.

        s/Holly A. Ryan

        Case Manager

        (313) 234-5126